UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNDON BYRTHEN,

Plaintiff,

-against-

AMAZON DEVELOPMENT CENTER US INC.,

Defendant.

26-CV-7507 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff filed this action *pro se*. By order dated October 21, 2026, the Court dismissed the complaint for Plaintiff's failure to pay the filing fees or submit an *in forma pauperis* ("IFP") application. On November 3, 2026, Plaintiff filed a motion, under Rules 59(e) and 60(b) of the Federal Rules of Civil Procedure, seeking to vacate the order of dismissal. (ECF 8.)

After reviewing the arguments in Plaintiff's submission, the Court grants the motion.

**DISCUSSION**

Under Rule 60(b), a party may seek relief from a district court's order or judgment for the following reasons:

> (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b); (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or other misconduct of an opposing party; (4) the judgment is void; (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or (6) any other reason justifying relief.

Fed. R. Civ. P. 60(b). A motion based on reasons set forth in subsections (1), (2), or (3) must be filed "no more than one year after the entry of the judgment or order or the date of the proceeding." Fed. R. Civ. P. 60(c)(1).

Plaintiff alleges that soon after filing this action, he moved overseas to Shanghai, China. (ECF 8 at 1.) Plaintiff had practical difficulties arranging for payment and was unable to do so within the 30-day period. The Court concludes that Plaintiff has shown that the dismissal resulted from his excusable neglect, Fed. R. Civ. P. 60(b)(1), and the Court therefore grants the motion. The Court directs the Clerk of Court to vacate the order of dismissal and judgment (ECF 6-7), and reopen this action.

The Court grants Plaintiff 30 days from the date this matter is reopened to pay the $405.00 in filing fees. Information regarding procedures for paying the filing fees will follow.

It is Plaintiff's responsibility to file a change of address with the Court, and he has not done so. Because Plaintiff includes his new address in China on his motion, the Court will direct the Clerk of Court to treat this as his new address of record and list it on the docket. Plaintiff may wish to consider filing a consent to accept service of documents filed in this case by email, instead of postal mail. A copy of the consent to e-service form is attached to this order.

## CONCLUSION

Plaintiff's motion for reconsideration (ECF 8) is granted. The Court directs the Clerk of Court to vacate the order of dismissal and civil judgment (ECF 6-7) and reopen this action. The Court grants Plaintiff 30 days from the date this matter is reopened to pay the $405.00 in filing fees.

The Clerk of Court is directed to change Plaintiff's address of record on the docket to the following: Room 605, Laixing Apartment No. 1, Lane 766, Xietu Road Huangpu District, Shanghai 200023.

A consent to e-service form is attached to this order.

SO ORDERED.

Dated: November 6, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

United States District Court
Southern District of New York

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;
2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

**IMPORTANT NOTICE**

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;
2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;
3. This service does *not* allow you to electronically file your documents;
4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;
2. I have established a PACER account;
3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;
4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;
5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and
6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

____________________________________________

____________________________________________

____________________________________________

Name (Last, First, MI)

____________________________________________

| Address | City | State | Zip Code |
| --- | --- | --- | --- |

____________________________________________

| Telephone Number | E-mail Address |
| --- | --- |

____________________________________________

| Date | Signature |
| --- | --- |

Click Here to Save